FERDINANDO GATTO, Respondent, *v.* WILLIAM W. FLANNAGAN, Appellant.

*Gatto* v. *Flannagan*, 127 App. Div. 929, appeal dismissed.
(Submitted January 4, 1909; decided January 12, 1909.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 15, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the ground that the judgment of the Appellate Division was unanimous and, therefore, not appealable to the Court of Appeals.

*George A. Baker* for motion.

*Dallas Flannagan* and *Edward S. Clinch* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

C. ADELBERT BECKER et al., Appellants, *v.* MAGGIE McCREA, Appellant, and ANNIE B. EDDY et al., Respondents.

(Submitted January 4, 1909; decided January 12, 1909.)

Motion for re-argument denied, with ten dollars costs. (See 193 N. Y. 423.)